# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DARYLL SHELTON

CIVIL ACTION

VERSUS

HALLMARK SPECIALTY
INSURANCE COMPANY, ET AL.

NO.: 17-01683-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Motion to Remand. (Doc. 7). The Magistrate Judge recommended granting the Motion to Remand. (Doc. 10).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 10). Defendants timely filed an objection.[1] (Doc. 11). Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

---

[1] Defendants argue that the jurisdictional amount in controversy existed at the time of removal. (Doc. 11).

1

19th JDC - certified

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 10)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 7)** is **GRANTED** and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 27th day of April, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**